THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* MATTHEW WIARD, Respondent.

*People* v. *Wiard*, 61 App. Div. 612, affirmed.
(Argued February 26, 1902; decided March 25, 1902.)

APPEAL from a judgment entered May 25, 1901, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department overruling plaintiff's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for defendant on his motion for a nonsuit at the trial.

*Charles D. Newton* for appellant.

*William Carter* for respondent.

Judgment affirmed on the grounds stated in the memorandum of the Appellate Division, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.